UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| TY LEE HILL, | Civil No. 6:19-CV-00989-MC |
| Plaintiff, | |
| v. | ORDER FOR REMAND |
| Commissioner, Social Security Administration | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will direct the Administrative Law Judge to do the following:

- Consider Acquiescence Ruling 97-4(9);
- Reconsider the medical opinions;
- Reconsider the claimant's residual functional capacity;
- If necessary, obtain supplemental evidence from a vocational expert;
- Offer the claimant the opportunity for a hearing; and
- Issue a new decision.

Upon proper application, Plaintiff shall be eligible for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412 et seq.

IT IS SO ORDERED this   23rd   day of   April  , 2020.

                                                *s/Michael J. McShane*
                                                UNITED STATES DISTRICT JUDGE

Submitted by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

RENATA GOWIE, OSB #175273
Civil Chief

s/ Erin F. Highland
ERIN F. HIGHLAND
Special Assistant U.S. Attorney
of Attorneys for Defendant
(206) 615-2495

Page 1   ORDER - [6:19-CV-00989-MC]